UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00514

**John Matthew Bandy,**
*Plaintiff,*

v.

**Carthage Police Department et al.,**
*Defendants.*

**ORDER**

Plaintiff John Matthew Bandy, proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983 complaining of alleged violations of his constitutional rights. All of the defendants except for Officer Gilley, a jailer at the Panola County Detention Center, have previously been dismissed. Docs. 43, 55, 61.

After reviewing the pleadings, the magistrate judge issued a report recommending that the claims against Officer Gilley be dismissed without prejudice for failure to state a claim upon which relief may be granted. Doc. 62. No objections were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 62). Plaintiff's claims against Officer Gilley are dismissed without prejudice for failure to state a claim upon which relief may be granted. Because Officer Gilley is the last remaining defendant in the case, the lawsuit is dismissed in its entirety.

*So ordered by the court on April 29, 2022.*

J. CAMPBELL BARKER
United States District Judge